STATE, RESPONDENT *v.* SIMMS, APPELLANT.

[Submitted October 7, 1895. Decided October 14, 1895.]

*Appeal from Eighth Judicial District, Cascade County.*

CONVICTION for grand larceny. The defendant was tried before BENTON, J. Affirmed.

*J. A. Hoffman,* for Appellant.

*Henri J. Haskell,* Attorney General, for the State, Respondent.

PER CURIAM.—The defendant was convicted in the district court of the crime of grand larceny. This is an appeal from the judgment. There was no motion in arrest of judgment in the court below. No errors in the judgment have been called to our attention, and we have discovered none. The information is sufficient to support the judgment. The appeal is absolutely without merit. The judgment is affirmed.